

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:     John Doe and Jane Doe, individually and as Next Friends of Child Poe 1 and Child Poe 2 v. Arrow Child & Family Ministries

Appellate case number:    01-19-00554-CV

Trial court case number:   2019-17709

Trial court:              127th District Court of Harris County

       Appellants' motion for extension of time to file their brief is GRANTED. Appellants' brief is due January 6, 2020.

       It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                        Acting individually


Date: __October 29, 2019_____